**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6709**

GENUINE TRUTH BANNER,

Plaintiff - Appellant,

v.

MR. TISDALE, Associate Warden Lee Correctional in official and individual capacities; LIEUTENANT BURLEY; MRS. TUCKER, Contraband Lee Correctional Institution in official and individual capacities; OFFICER MCKISSACK; BRANDEN DAVIS; VERNON ADAMS, Sergeant,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Joseph Dawson, III, District Judge. (6:21-cv-03456-JD)

Submitted: May 21, 2024                               Decided: May 23, 2024

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Genuine Truth Banner, Appellant Pro Se. David Cornwell Holler, SMITH ROBINSON HOLLER DUBOSE & MORGAN, LLC, Sumter, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Genuine Truth Banner appeals the district court's order adopting the magistrate judge's recommendation to grant Defendants summary judgment on Banner's 42 U.S.C. § 1983 excessive force and state law assault and negligence claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Banner v. Tisdale*, No. 6:21-cv-03456-JD (D.S.C. June 23, 2023). We deny Banner's motion for default judgment and deny as moot Banner's motion asking us to compel completion of his trust account statement, which has been filed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*